UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Monique Rowell,

      Plaintiff,

v.                                     Civil No. 12-1656 (JNE/FLN)
                                            ORDER

Ramsey County Sheriff's Department,

      Defendant.

      Plaintiff Jessica Rowell brought claims against Defendant for violations of her Fifth and Fourteenth Amendment rights. Plaintiff applied to proceed *in forma pauperis* and moved for a jury trial. In a Report and Recommendation dated July 20, 2012, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Plaintiff's application to proceed *in forma pauperis* be denied and that her Complaint be summarily dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff objected to the Report and Recommendation.

      The Court has conducted a *de novo* review of the record. *See* D. Minn. LR 72.2(b). Based on its review of the record, the Court adopts the Report and Recommendation [Docket No. 3].

      IT IS ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED**;

2. Plaintiff's Complaint [Docket No. 1] is **DISMISSED**;

3. Plaintiff's Motion for a jury trial [Docket No. 5] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 14, 2012

                                     s/ Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge